UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Michael Stice and Eric Meiners,

Plaintiff(s),

vs.

Dentsply International, Inc.

Defendant.

**Civ. No. 00-2736 DWF/SRN**

**STIPULATION AND ORDER TO EXTEND PRETRIAL DEADLINE FOR EXPERT DEPOSITIONS**

---

WHEREAS, Plaintiff Meiners identified his treating physicians Art Decker, M.A., L.P. and Dr. Zvi Frankfurt as experts in this matter.

WHEREAS, Defendant Dentsply identified Dr. Maureen Hackett as a rebuttal expert on the issue of medical damages.

WHEREAS, Plaintiff Meiners produced his medical records taken contemporaneously by his treating physicians, but declined to produce any expert report of the type contemplated by Fed. R. Civ. P. 26. Further, Plaintiff Meiners declined to make himself available for an independent medical examination as contemplated by Fed. R. Civ. P. 35.

WHEREAS, Defendant Dentsply has a need to take depositions of Art Decker, M.A., L.P. and Dr. Zvi Frankfurt, so that its rebuttal expert can provide a more informed opinion on the issue of medical damages.

WHEREAS, Plaintiff Meiners and Defendant Dentsply have expressed interest in pursuing summary judgment, alternative dispute resolution, and/or other means of settling this case prior to trial and, at this time, wish to avoid the additional time and expense of depositions that go to the issue of damages rather than liability.

FILED OCT 0 1 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

IT IS HEREBY STIPULATED by Plaintiffs and Defendant, through their respective counsel, that the time for Defendant to take depositions of Plaintiff Meiners' treating physicians designated as experts in this matter: Art Decker, M.A., L.P. and Dr. Zvi Frankfurt, is extended beyond the discovery deadline and may occur at any time within 30 days of the trial of this matter. This Stipulation is without waiver of any rights of either party.

**MILLER O'BRIEN**

By: ______________________

Maurice W. O'Brien (#130299)
Kelly A. Jeanetta (#277204)
1208 Plymouth Building
12 South Sixth Street
Minneapolis, MN 55402
(612) 333-5831

**ATTORNEYS FOR PLAINTIFFS**

Date: 9/28/01

**OPPENHEIMER WOLFF & DONNELLY LLP**

By: ______________________

Jeffrey B. Oberman (#80421)
Kristin L. Boetticher (#275931)
Plaza VII Building, Suite 3300
45 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 607-7000
Facsimile: (612) 607-7100

**ATTORNEYS FOR DEFENDANT DENTSPLY INTERNATIONAL, INC.**

**ORDER**

**IT IS SO ORDERED.**

Susan Richard Nelson
United States Magistrate Judge