UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Michael Stice and Eric Meiners,

Plaintiffs,

vs.

Dentsply International, Inc.

Defendant.

**Civ. No. 00-2736 (DWF/SRN)**

**STIPULATION AND ORDER REGARDING WAIVER OF APPEAL**

Plaintiffs Michael Stice and Eric Meiners, and Defendant Dentsply International, Inc., through their respective undersigned counsel, stipulate as follows:

1. Plaintiffs waive any and all rights which they have or may have to appeal, or otherwise challenge, United States District Court Judge Donovan W. Frank's February 25, 2002 Order granting Defendant's Motion for Summary Judgment and dismissing Plaintiffs' Complaint with prejudice, or the February 25, 2002 entry of Judgment against Plaintiffs and in favor of Defendant.

2. Plaintiffs and Defendant waive any and all rights which they have or may have to seek recovery of costs, disbursements or attorneys' fees against the other party.

3. Accordingly, United States District Court Judge Donovan W. Frank's February 25, 2002 Order granting Defendant's Motion for Summary Judgment and dismissing Plaintiffs' Complaint, and the February 25, 2002 entry of Judgment, shall be deemed final, and no payments of any kind shall be made by either party to the other party.

FILED MAR 25 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Date: 3-18-02

MILLER-OBRIEN

By: [signature]
Maurice W. O'Brien (#130229)
Kelly A. Jeanetta (#277204)
1208 Plymouth Building
12 South Sixth Street
Minneapolis, MN 54502
Telephone: (612) 333-5831

**ATTORNEYS FOR PLAINTIFFS MICHAEL STICE AND ERIC MEINERS**

Date: 3-19-02

OPPENHEIMER WOLFF & DONNELLY LLP

By: [signature]
Jeffrey B. Oberman (#80421)
Kristin L. Boetticher (#275931)
Plaza VII Building, Suite 3300
45 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 607-7000
Facsimile: (612) 607-7100

**ATTORNEYS FOR DEFENDANT DENTSPLY INTERNATIONAL, INC.**

**ORDER**

Based upon the foregoing Stipulation, all other pleadings in this action, and good cause appearing therefor,

IT IS HEREBY ORDERED that United States District Court Judge Donovan W. Frank's February 25, 2002 Order granting Defendant's Motion for Summary Judgment and dismissing Plaintiffs' Complaint, and the February 25, 2002 entry of Judgment, are hereby deemed final, without any damages, costs, disbursements, attorneys' fees or any other payment of any sort awarded to either party.

Dated: [handwritten date]

**BY THE COURT:**

DONOVAN W. FRANK
Judge of the United States District Court